No. 99–5317. WHITE v. ALASKA. C. A. 9th Cir. Certiorari denied.

No. 99–5319. FAIRFULL v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 99–5321. TORRES v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–5322. TOLLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5323. LYNN v. DEPARTMENT OF LABOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5324. KABEDE v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–5325. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5326. RHODES v. WASHINGTON, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5327. RUSCH v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. Commw. Ct. Pa. Certiorari denied.

No. 99–5328. SINEUS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5330. JENNINGS v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5332. BATTLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5333. PEREZ ET AL. v. GENERAL NUTRITION CORP. C. A. 11th Cir. Certiorari denied.